JORDAN S. ALTURA  (SBN:  209431)
TINO X. DO  (SBN:  221346)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054
jaltura@gordonrees.com
tdo@gordonrees.com

Attorneys for Defendant
STANDARD INSURANCE COMPANY

P. Randall Noah, SBN 136452
LAW OFFICES OF P. RANDALL NOAH
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Tel.  (925) 253-5540
Fac.  (925) 253-5542
pnoah@ix.netcom.com

Attorney for Plaintiff
WILLIAM COAKLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| WILLIAM COAKLEY, | ) CASE NO.  1:16-cv-00286-LJO-SAB |
|---|---|
| Plaintiff, | ) **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER DISMISSING CASE WITH PREJUDICE** |
| vs. | ) |
| STANDARD INSURANCE COMPANY, and DOES 1 through 10 inclusive, | ) Complaint Filed:  January 12, 2016 |
| Defendants. | ) |

1
STIPULATION TO DISMISS WITH PREJUDICE; ORDER DIMISSING CASE WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action be and hereby is dismissed with prejudice pursuant to FRCP(a)(1).

Dated:  April 26, 2016					GORDON & REES LLP


							By  */s/ Tino X. Do*
								Jordan S. Altura
								Tino X. Do
							Attorneys for Defendant
							STANDARD INSURANCE COMPANY


Dated:  April 26, 2016					LAW OFFICES OF P. RANDALL NOAH


							By */s/ P. Randall Noah* (as authorized on 4.26.16)
								P. Randall Noah
							Attorney for Plaintiff
							WILLIAM COAKLEY

**ORDER DISMISSING CASE WITH PREJUDICE**

Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties stipulation and hereby ORDERS that this action, Case No. 1:16-cv-00286-LJO-SAB is dismissed in its entirety as to all defendants, with prejudice, and with reach party to bear its own fees, costs, and expenses in this matter.

IT IS SO ORDERED.

Dated:  **April 27, 2016**          **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE